UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
 :
MICHAEL RUBIN, :
                              Plaintiff, :
 : 22 Civ. 10485 (LGS)
              -against- :
 : ORDER
 :
PROVIDENT FINANCIAL SERVICES, et al., :
                          Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued January 4, 2023, required the parties to file a proposed case management plan and joint letter by February 15, 2022.

    WHEREAS, the initial pretrial conference is currently scheduled for February 22, 2023, at 4:10 P.M.

    WHEREAS, Defendants have not appeared and Plaintiff has not filed proof of service on the docket.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **February 17, 2023.**  If Plaintiff has not been in communication with Defendants, he shall file a status letter regarding his efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **February 17, 2023.**

Dated: February 16, 2023
       New York, New York

                                                        LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE